# EXHIBIT 8

H. Barritt Peterson, Jr.
Clifford A. Robinson
Lawrence E. Ballantine
Mark R. Brown
Jake E. Zellweger
Matthew P. Woods
Kyle Blakeley
Kevin D. Barth
Thomas S. Basham
Jessica K. Herman

# H. BARRITT PETERSON, JR. & ASSOCIATES

## ATTORNEYS AT LAW

Employees of The Corporate Law Department
State Farm Mutual Automobile Insurance Company

One West Pennsylvania Avenue
Suite 500
Towson, Maryland 21204-5025
(410) 832-8000
Fax: (410) 832-8080

Staci E. Fitzgerald
Lauren S. Capelle
Dorian L. Spence
William Hyle
Elizabeth L. Waicker
James S. Francomano
Andrea N. Dodrill
Amy M. Snowberger
Spencer Pollock

August 27, 2013

**Writer's Direct Dial: (410) 832-8006**

Lindsey M. Craig, Esquire
1777 Reisterstown Road
Suite 165
Baltimore, MD 21208

**VIA ELECTRONIC & FIRST-CLASS MAIL**

Re:   Saracino v. Felch
      Case No: 1:13-CV-00118-CCB

Dear Ms. Craig:

Enclosed please find a copy of Defendant's Rule 26(a)(2) Expert Disclosure. Also attached is Dr. Riederman's report, CV, fee schedule and case list.

The open issue is the medical exam. I will be in contact with you.

Very truly yours,

Mark R. Brown

MRB/cll



Jerome P. Reichmister, M.D.
Larry Becker, M.D.
William I. Smulyan, M.D.
Robert D. Keehn, M.D.
Mark S. Rosenthal, M.D.
Robert Riedorman, M.D.
Steven L. Friedman, M.D.
Ian M. Weiner, M.D.
Barry J. Waldman, M.D.
Jon Koman, M.D.
Jason Brokaw, M.D.
David P. Buchalter, M.D.
Lisa J. Grant, M.D.
Peter R. Jay, M.D.
Benjamin N. Carr III, M.D.
Mark A. Doitch, M.D.
Chad C. Zooker, M.D.

*OrthoMaryland*
*Innovative solutions. Comprehensive care.*

2700 Quarry Lake Drive, Ste 300
Baltimore, Maryland 21209
Voice 410-377-8900 ❖ Fax 410-377-0576
*Visit our new website:*
*www.orthomaryland.net*

DATE STAMP

JUL 3 1 2013

SCANNED ON

AUG 0 1 2013

CENTERS OF EXCELLENCE:   Maryland Back Institute     Greenspring Surgery Center     Comprehensive Arthritis Institute
                         Sports Medicine Center      Center for Complimentary Medicine

RE: Erik Saracino          DOB: 9/14/1974         A/C#: 324228         D/Eval: 7/30/2013
                                                  CL#: 20-6604-329     D/A: 01/11/2010

I have reviewed medical records provided regarding Erik Saracino. Mr. Saracino is a 38-year-old male who was injured in a motor vehicle accident which occurred on January 11, 2010.

I reviewed records of treatment by Dr. Smith. In a note of May 10, 2012, Dr. Smith indicates that Mr. Saracino was experiencing pain in his right shoulder going up to the neck and down to the elbow. The records indicate that Mr. Saracino has undergone extensive treatment including care by three different physical therapists, imaging studies, medications, injections, and arthroscopic shoulder surgery performed in January 2012. Dr. Smith stated that Mr. Saracino had sustained right shoulder damage as noted on the MRI scans and at the arthroscopic procedure. Dr. Smith indicated that future treatment including surgery, MRI scans, injections, and physical therapy would be required.

I reviewed charges for Mr. Saracino's treatment between January 13, 2010, and April 25, 2013.

I reviewed records of treatment by Dr. Palmaccio.

I reviewed operative note of surgery performed at Delaware Valley Orthopedic and Spine Surgery Center on January 20, 2012. Preoperative diagnosis was right shoulder dysfunction, postoperative diagnosis was subacromial bursitis and tendinitis. Dr. Palmaccio performed arthroscopic debridement of the subacromial bursa and an injection of Marcaine and Depo-Medrol. Examination of the glenohumeral joint fail to reveal any marked pathology. Minimal degenerative change was seen which was described as quite small. The subacromial space revealed some inflammation of the bursa. No evidence of impingement or acromioclavicular impingement. I reviewed records of physical therapy treatment.

I reviewed reports of the following MRI scans. MRI of the right shoulder obtained on May 4, 2010, revealed supraspinatus tendinopathy, acromioclavicular joint arthritis, and no evidence of full thickness rotator cuff tear. MRI of the right shoulder obtained on April 15, 2011, again demonstrated mild acromioclavicular osteoarthritis with capsular hypertrophy and edema, mild rotator cuff tendinosis, and subacromial bursitis. There was no evidence of full thickness rotator cuff tear.

RE: Erik Saracino          A/C#: 324228          D/E: 7/30/2013          Page 2

MRI of the right shoulder obtained on November 7, 2012, revealed no rotator cuff tear, mild rotator cuff tendinopathy, mild subacromial bursitis, moderate degenerative changes and hypertrophy of the acromioclavicular joint. The radiologist, Dr. Rachner, compared the November 7, 2012, MRI to the prior right shoulder MRI of April 15, 2011, and did not identify significant changes.

The medical records which I have reviewed document complaints involving the neck, right shoulder, and right arm. The records which I reviewed do not document any specific mechanism of injury that occurred to the neck, right shoulder, or right arm on January 11, 2010.

Mr. Saracino received an extensive course of treatment which based on the records which I reviewed were in response to his subjective complaints.

Injuries to the neck, shoulder, or arm may occur in a motor vehicle accident. The records which I reviewed indicate that MRI scans were obtained, which revealed findings of rotator cuff tendinitis, subacromial bursitis, and acromioclavicular hypertrophy. These findings are natural consequences of aging within the shoulder. The medical records did not document any clear etiology and causal relationship between these MRI findings and the injury of January 11, 2010.

Neck and shoulder soft tissue injuries may occur in motor vehicle accidents. The findings of acromioclavicular arthritis, rotator cuff tendinosis, and subacromial bursitis are natural consequences of aging.

Based on review of the submitted medical records and my clinical experience, no objective abnormalities were identified on the three MRI scans of the right shoulder or at the time of arthroscopic right shoulder surgery that would be causally related to the injury of January 11, 2010.

The type, intensity, frequency, and duration of the provided treatment was excessive even working on to the assumption that Mr. Saracino did indeed sustained soft tissue injuries to his neck or shoulder in a motor vehicle accident.

It was reasonable to evaluate Mr. Saracino's subjective complaints with an MRI scan of the right shoulder. When his complaints persisted following surgery; it was reasonable to reevaluate him with a followup MRI scan.

The clinical findings on the MRI scans of acromioclavicular hypertrophy, rotator cuff tendinosis, and subacromial bursitis are consistent with natural consequences of aging.

Based on objective information available in the medical records, the provided treatment was excessive in terms of allowing Mr. Saracino to reach the point of maximum medical improvement.

The diagnoses based on review of the medical records are complaints of neck, right shoulder, and arm pain, acromioclavicular arthritis, rotator cuff tendinosis, and subacromial bursitis.

Based on available objective data in the medical record, a favorable prognosis should be expected following the January 11, 2010, injury.

Based on review of the medical records and the objective information regarding the events of January

RE: Erik Saracino        A/C#: 324228         D/E: 7/30/2013         Page 3

11, 2010, I do not believe that Mr. Saracino sustained any permanent impairment that would be causally related to the injury of January 11, 2010. The operative note does not describe objective abnormal findings that would be causally related to a traumatic injury of the right shoulder. The records indicate that there was a two year delay between the injury of January 11, 2010, and Mr. Saracino's right shoulder surgery.

I cannot state based solely upon the medical record whether or not Mr. Saracino is able to return pre-loss activity levels or whether he has reached his pre-injury status.

Based on my review of the medical records, Mr. Saracino has reached the point maximum medical improvement following the injury of January 11, 2010.

Based on review of the medical records, Mr. Saracino does not require any current or recommended future treatment that would be causally related to the injury of January 11, 2010. The proposal by Dr. Smith that Mr. Saracino would require arthroscopic clean outs every several years, updated MRIs every year or so, and intra-articular injections every three months is not consistent with generally accepted treatment of any disorders of the shoulder let alone any treatment causally related to the injury of January 11, 2010.

Based on objective findings in the medical records, Mr. Saracino's condition has stabilized regarding the injuries of January 11, 2010.

I do not believe that any current or recommended future treatment is indicated.

I do not believe any proposed surgery is reasonable or medically indicated regarding Mr. Saracino's right shoulder.

The medical records do not identify pre-existing or concurrent medical or psychological conditions affecting Mr. Saracino's recovery.

Please contact me if I may provide further information to you regarding Mr. Saracino.

By: Robert Riederman, M.D.

RR:Irshad/san/cs

cc:   Mark Brown(Autofax)

# CURRICULUM VITAE

# Robert Riederman, M.D.

**Personal Information:**

| | |
|---|---|
| Name: | Robert Riederman, M.D. |
| Office Address: | 2700 Quarry Lake Drive, Suite 300 |
| | Baltimore, Md 21209 |
| | 410-377-8900 |

| | |
|---|---|
| Date of Birth: | November 19, 1957 |
| Place of Birth: | New York, New York |
| Citizenship: | U.S.A. |

**Education:**

| | |
|---|---|
| Medical School: | Albert Einstein College of Medicine |
| | Bronx, New York        1979 – 1983 |
| | Degree:  M.D. |
| Undergraduate: | Columbia College |
| | New York, N.Y.          1975 – 1979 |
| | Degree:   B.A., Magna Cum Laude |

**Post Graduate Training:**

| | |
|---|---|
| Fellowship: | Cincinnati Sports Medicine |
| | The Midwest Institute for Orthopaedics |
| | Cincinnati, Ohio          1988-1989 |
| | Director:    Frank R. Noyes, M.D. |
| Residency: | Albert Einstein College of Medicine |
| | Montefiore Medical Center |
| | Dept. of Orthopaedic Surgery |
| | Bronx, New York          1984-1988 |
| Internship: | Albert Einstein College of Medicine |
| | Montefiore Medical Center |
| | Department of Surgery |
| | Bronx, New York          1983 – 1984 |

(3)

**Publications:**
        RIEDERMAN, R., WROBLE, R.R., GROOD, E.S., VAN GINKEL, L., & SCHAFFER, B.L., Reproducibility of the Knee Signature System: The American Journal of Sports Medicine 19:6, 1991.

        RIEDERMAN, R. & NOYES, F.R.: Soft Tissue Expansion of Contracted Tissue Prior to Knee Surgery: The American Journal of Knee Surgery 4:4, 1991.

RIEDERMAN, R., DORFMAN, H.D., & HABERMAN, E.T.: S-100 Protein in the Diagnosis of Langerhans Cell Histio-cytosis: The Einstein Quarterly Journal of Biology and Medicine 7:70, 1989.

RIEDERMAN, R., HABERMANN, E.T., & DORFMAN, H.D.: Eosinophilic Granuloma of the Scapula: Orthopaedic Grand Rounds 4:2, 1987.

LEVY, I.M., RIEDERMAN, R., & WARREN, R.F.: An Anterimedial Approach to the Posterior Cruciate Ligament. Clinical Orthopaedics and Related Research 190:174, 1984.

SZABO, A.J., RIEDERMAN, R., & SZABO, O.: Sensitivity Thresold of the Glucoregulator Insulin Receptor in the Central Nervous System. Federation proceedings 37:338, 1978.

## IME Fee Schedule 2013
(subject to change)



**OrthoMaryland**
*Innovative solutions. Comprehensive care.*

| | |
|---|---|
| Independent Medical Evaluation / Re- Evaluation | $650 (additional fee will be applied for multiple body parts and extensive records greater than 50 pages) |
| X-rays | Additional charges apply |
| Review of MRI / CT Films | $95 / per MRI or other study |
| No Show / Late Cancellation less than 48 Bus. Hours | $95 |
| Medical Records Review or Peer Review | $650 per Hour (Actual Fee is determined by physician) |
| Addendum | $125 minimum charge (Actual fee is determined by Physician) |
| Video or Discovery Depositions | $1500 ($600/hr. with a 2 hour minimum + $300 for pre-depo mtg.) Additional Fees May Apply **PREPAYMENT REQUIRED** |
| Court Testimony | $4800/ full day and $2400 / half day (**Additional Fees May Apply**) **PREPAYMENT REQUIRED** |

***Regarding cancellation of Video Deposition, **less than 3 business day** cancellation, there will not be a refund.
***Regarding cancellation of Court Testimony, **less than 14 business day** cancellation, there will not be a refund.

## OrthoMaryland
2700 Quarry Lake Drive, Suite 300, Baltimore, Maryland 21209 410-377-8900 ❖ Fax 410-377-0576
4 Park Center Court, Suite 102, Owings Mills, MD 21117 ❖ Fax: 410-581-1363
6565 N. Charles Street, Suite 504, Towson, MD 21204 ❖ Fax 410-823-5719
www.orthomaryland.net

**All Fees are to be Paid In Full and Checks Made Payable to OrthoMaryland**

Effective January 1, 2011

OrthoMaryland  
2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209

Dr. Robert Riederman  
Testimony List

| Deposition Date | Claimant | Claimant's Attorney | Defendant | Defendant's Attorney | Court | Case Number |
|---|---|---|---|---|---|---|
| 1/31/2007 | Portia McAdory State of Maryland Department of Juvenile Service | Jeff E. Messing | Elaine Blumfield | Jake E. Zellweger | Circuit Court for Anne Arundel County - Civil | 02C05109103 |
| 5/4/2007 | Dawn Everett | Injured Workers Insurance Fund | Jay Anderson | Michael C. Eisenstein | Circuit Court for Prince George's County - Civil | CAL06-06468 |
| 6/1/2007 | Dawn Everett | Gerald F. Gay | Elizabeth Armstrong | Patrick A. Ferris/Jake E. Zellweger | Circuit Court for Cecil County - Civil | 07C06000024 |
| 6/1/2007 | Shawn Brock | Gerald F. Gay | Elizabeth Armstrong | Patrick A. Ferris/Jake E. Zellweger | Circuit Court for Cecil County - Civil | 07C06000024 |
| 6/4/2007 | Robert N. OBoyle | Alison Kohler/ Christopher J. Heavens | Jamie Marie Wagner/Nationwide Mutual Insurance | Kyle Blakeley/Francis C. Lanasa | Circuit Court for Baltimore County - Civil | 03C05013057 |
| 6/4/2007 | Lynn D. OBoyle | Alison Kohler/ Christopher J. Heavens | Jamie Marie Wagner/Nationwide Mutual Insurance | Kyle Blakeley/Francis C. Lanasa | Circuit Court for Baltimore County - Civil | 03C05013057 |
| 7/2/2007 | Robert N. OBoyle | Alison Kohler/ Christopher J. Heavens | Jamie Marie Wagner/Nationwide Mutual Insurance | Kyle Blakeley/Francis C. Lanasa | Circuit Court for Baltimore County - Civil | 03C05013057 |
| 7/2/2007 | Lynn D. OBoyle | Alison Kohler/ Christopher J. Heavens | Jamie Marie Wagner/Nationwide Mutual Insurance | Kyle Blakeley/Francis C. Lanasa | Circuit Court for Baltimore County - Civil | 03C05013057 |
| 4/8/2008 | Cheryle L. Hughes | Jack D. Lebowitz/Vadim Alexander Mzhen | Manuel Rios Jr. | Jake E. Zellweger | Circuit Court for Baltimore City - Civil | 24C07002967 |
| 5/16/2008 | Lorna Kinlaw | Eric A. Saiontz/Stanley H. Katz | Lashay Denise Bassnight | Joan I. Harris | Circuit Court for Baltimore City - Civil | 24C07002461 |
| 6/18/2008 | Walda Purcell | Alvin Sellman | Edward C. Wratten Union Hospital of Cecil County/Travelers Insurance Company | Lawrence E. Ballantine | Circuit Court for Howard County - Civil | 13C07069939 |
| 9/26/2008 11/5/2008 | Rose Anne Klevis Charleen Williams | Herbert J. Arnold | | William J. Bower, III | Circuit Court for Cecil County - Civil | 07C07000320 |
| 11/7/2008 | Charles Pompei, Jr. | Henry L. Belsky | Progressive Insurance Company | Jeffrey R. Moffet | USDC - District of Maryland | RDB07-546 |
| 11/17/2008 | George Myers | P. Matthew Darby | CSX Transportation Inc. | Stephen Caplis | Circuit Court for Allegany County - Civil | 01C07028344 |
| 11/24/2008 | Thomas Barber | Samuel K. Rensin | James Roland Dollar/State Farm Insurance Company | Jeffrey L. Shelton/Amy E. Payne | Circuit Court for Baltimore City - Civil | 24C07007579 |
| 12/1/2008 | Pamela Batstone | Alan Hilliard Legum | Irvine Bernard Cygan/State Farm Mutual Automobile Insurance Company | Frederick Collins/Amy E. Payne | Circuit Court for Anne Arundel County - Civil | 02C07123243 |
| 12/29/2008 | Anitte L. Chevelon | Benjamin T. Boscolo | National Lutheran Home for the Aged/Sisco Insurance Company | James R. Forrester | Circuit Court for Montgomery County - Civil | 295149V |
| 1/12/2009 | Elizabeth Anderson | Robert Wilson/John M. Hall, Jr./Scott G. Sanford | Agnes A. Bean/Rockwood Casualty Ins. | Leslie W. Gawlik | Circuit Court for Calvert County - Civil | 04C08000067 |

OrthoMaryland
2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209

Dr. Robert Riederman
Testimony List

| Deposition Date | Claimant | Claimant's Attorney | Defendant | Defendant's Attorney | Court | Case Number |
|---|---|---|---|---|---|---|
| 1/14/2009 | Allen Family Foods, Inc./Federal Insurance Company | Craig T. Walsworth | Clevon L. Tilghman | Marc J. Atas/Aaron S. Schwartz | Circuit Court for Dorchester County - Civil | 09C08015907 |
| 1/30/2009 | Honeywell Technology Solution/Indemnity Ins. Co of N. America/ACE USA Group | Sean E. Smith | Lionel Whitehead | Keith R. Siskind | Circuit Court for Anne Arundel County - Civil | 02C08129888 |
| 2/6/2009 | DAP Inc./American Motorists Insurance Co. | Robert C. Erlandson | Josephine A. Scalla | John Terziu, III | Circuit Court for Baltimore County - Civil | 03C07010516 |
| 3/18/2009 | Joyce K. Curry | Gerald F. Gay | Danielle M. Lecompte | Robert K. Nead/Patrick A. Ferris | Circuit Court for Harford County - Civil | 12C06000133 |
| 3/27/2009 | Mark Hellmann | Rachel Alpert Freedman | Nicholas Ryan Johnson/Allstate Insurance Company | Gregory E. Hammond | Circuit Court for Baltimore City - Civil | 24C08000584 |
| 5/4/2009 | Sean P. Shiflett | Keith A. Kauffman | Pauline Robertson Ford | Kyle Blakeley | Circuit Court for Carroll County - Civil | 06C07049601 |
| 7/10/2009 | Kimberly Fair | | Ian McGuirk/McGuik Brothers, LLC | | | |
| 7/14/2009 | Arnecia Edwards | Michael Sandul | Deborah Lee Jenkins | Jeffrey R. Moffet | Circuit Court for Baltimore City - Civil | 24C08005826 |
| 7/15/2009 | Edward J. Fleming | Troy Powers | Mill-Pond Properties, Inc./Clariant Corporation | Stacey L. Martin-Howard | Circuit Court for Baltimore City - Civil | 24C08001976 |
| 8/5/2009 | Rocky Stayton | | | Megan T. Mantzavinos | Superior Court for State of Delaware and Kenty County | 05C05042WLW |
| 10/16/2009 | Mary A. Simms | Paul N. Rouhana | | | Circuit Court for Garrett County - Civil | 11C10011867 |
| 10/28/2009 | Elvia Diaz | | Fester Productions/Shortbus Productions Hee Soon Kim/Cosmopolitan Inc./State Farm Insurance Company | Michael H. Daney | | |
| 11/2/2009 | Phyllis Rediker | Steven R. Freeman | | Kyle Blakeley | Circuit Court for Howard County - Civil | 13C08073666 |
| 11/9/2009 | Sherron Cheatham | Barton Sidle | Othello Marissa Nelson | Gina M. Keelty | Circuit Court for Baltimore City - Civil | 24C08006601 |
| 11/18/2009 | Danielle M. Lowe | Dennis M. Andreone | Robert M. Lee/Robert Mitchell | Matthew P. Woods | Circuit Court for Baltimore City - Civil | 24C08006289 |
| 12/4/2009 | Holt Electrical Contractors, Inc./Atlantic States Insurance Company | Michelle D. Mtimet | Wayne M. Biddinger | Steven C. Rohan | Circuit Court for Montgomery County - Civil | 310992V |
| 1/13/2010 | Teresa Polk | Suzanne L. Posner | Luke Frazier/Nancy Singer Frazier | Guy M. Craig | Circuit Court for Baltimore City - Civil | 24C08005174 |
| 2/15/2010 | Mercy Medical Center | Anthony J. D'Alessandro | Michelle Chase | David E. Fink | Circuit Court for Baltimore City - Civil | 24C09003316 |
| 2/22/2010 | Anthony Rennick | Kim D. Parker/Jessie Lyons Crawford | Percy Silman Ford Jr. | Thomas S. Basham | Circuit Court for Baltimore City - Civil | 24C09000384 |
| 3/16/2010 | James Maher | V. Peter Markuski | Wilfred A. Oduyoye | Kyle Blakeley | Circuit Court for Howard County - Civil | 13C09076384 |
| 3/17/2010 | Heather Greul | Ronald R. Hogg | Herbert E. Haney | Kevin D. Barth | Circuit Court for Carroll County - Civil | 06C09053403 |

OrthoMaryland  
2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209

Dr. Robert Riederman  
Testimony List

| Deposition Date | Claimant | Claimant's Attorney | Defendant | Defendant's Attorney | Court | Case Number |
|---|---|---|---|---|---|---|
| 3/19/2010 | Bonnie D. Cadle Rebekah Abney | Rachel Alpert Freedman | Michael Andrew Mullin/Sara Mullin | Gina M. Keefty | Circuit Court for Baltimore County - Civil | 03C08012441 |
| 3/23/2010 | Brown | J. Marks Moore, III | Sawyer Realty Holding, LLC Glenn Goodwyn/State Farm Insurance Company | Clifford Brown | Circuit Court for Prince George's County - Civil | CAL09-02345 |
| 4/23/2010 | Roselee Martinez Supervalu Inc./Old Republic Insurance Company | Taras A. Vizzi | | Christine S. Britton/Kevin D. Barth | Circuit Court for Baltimore City - Civil | 24C09001979 |
| 5/17/2010 | Crab House of Ocean City Inc./Amguard Insurance Company | Samuel J. Deblasis | Sylvia D. Prewitt | Matt M. Paavola | Circuit Court for Harford County - Civil | 12C09002763 |
| 6/2/2010 | | Sean E. Smith | Michael Keirle TSI Exterior Wall Systems, Inc./ACE American Insurance Company | Robert R. Morrow | Circuit Court for Baltimore City - Civil | 24C09001968 |
| 6/16/2010 | Junior A. Gayle | John F. Calabrese | Westminster Nursing and Rehabilitation Center/National Union Fire Insurance Company | Kathryn S. McAleer | Circuit Court for Prince George's County - Civil | CAL08-21298 |
| 6/21/2010 | Joseph Lafferty | Amanda Zorn | | Stuart M. Lesser | Circuit Court for Carroll County - Civil | 06C09054556 |
| 6/23/2010 | Arkady Gorelik | Sheldon C. Mazelis | Christine Elaine Rice | Jake E. Zellweger/Stacey L. Martin-Howard | Circuit Court for Baltimore County - Civil | 03C09006326 |
| 7/28/2010 | Kobra Homayoun | Eric A. Saiontz/James K. MacAlister | Lester Dale Parsons | Lawrence E. Ballantine | Circuit Court for Carroll County - Civil | 06C09054111 |
| 8/10/2010 | Robert A. Mays | Ronald A. Rubin | Jennifer Lynn Borozzi | Kyle Blakeley | Circuit Court for Baltimore County - Civil | 03C09005196 |
| 8/30/2010 | Karen M. Hild | Mark C. Miller | Patrecia M. Whistleman/Paramount Paperhanging Co./Erie Insurance Exchange | Leslie W. Gawlik/Paul G. Donoghue | Circuit Court for Baltimore County - Civil | 03C09005087 |
| 9/13/2010 | Dwayne Heyward | | Robert M. Maki/State Farm Mutual Automobile Insurance | | | |
| 9/27/2010 | Sheri Charnock | Lawrence S. Greenberg/Mandeep Chhabra | Co. Safeco Insurance Company of America/Maryland Insurance Administration | Amy E. Payne | Circuit Court for Anne Arundel County - Civil | 02C06114586 |
| 10/8/2010 | Eric Starr | David E. Tompkins | | Kevin P. Ferrell/Angela W. Russell/Ioannis A. Laskaris | Circuit Court for Baltimore City - Civil | 24C10000227 |
| 10/11/2010 | Joy Pegues | Rodney M. Jones | Tywon A. Cox/State Farm Mutual Automobile Insurance Co. | Donald L. Speidel/Christine S. Britton/Jake E. Zellweger | Circuit Court for Baltimore County - Civil | 03C08013433 |
| 10/20/2010 | John P. Goff | Gerald F. Gay | Jeremy M. Campagna/Peninsula Insurance Company | Kevin M. Soper/James M. Connolly | Circuit Court for Cecil County - Civil | 07C09000338 |
| 11/4/2010 | Joanne Boyd | Rachel Alpert Freedman | State Farm Insurance Company | Amy E. Payne | Circuit Court for Baltimore City - Civil | 24C09006311 |

OrthoMaryland
2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209

Dr. Robert Riederman
Testimony List

| Deposition Date | Claimant | Claimant's Attorney | Defendant | Defendant's Attorney | Court | Case Number |
|---|---|---|---|---|---|---|
| 11/17/2010 | Jamie N. Swisher | Michael C. Eisenstein | Catherine Oconner Bay Country Land Company/Cincinnati Casualty Company/Subsequent Injury Fund | Jeffrey Moffett | Circuit Court for Harford County - Civil | 12C10000928 |
| 11/29/2010 | Michael A. Hill Foodliner, Inc./Zurich American Insurance Co. | Steven A. Charles | | Sean E. Smith | Circuit Court for Anne Arundel County - Civil | 02C09144798 |
| 12/9/2010 | Howard Adam | Jennifer C. Bowman | James R. Richey Peter George Leisenring/Mary Leisenring | Ernest G. Lardieri James M. Connolly/Joseph G. Cleaver | Circuit Court for Baltimore City - Civil | 24C10003065 |
| 12/22/2010 | Palmer, Jr. Katherine Louise | John S. Smith | Peter George Leisenring/Mary Leisenring | James M. Connolly/Joseph G. Cleaver | Circuit Court for Anne Arundel County - Civil | 02C09145296 |
| 12/22/2010 | Palmer Cynthia Scaljon- | John S. Smith | | | Circuit Court for Anne Arundel County - Civil | 02C09145296 |
| 1/26/2011 | German Target Stores | Darren M. Margolis | Peninsula Insurance Co. | James M. Connolly | Circuit Court for Baltimore County - Civil | 03C09010837 |
| 2/2/2011 | Inc./Target Corp. | W. John Vernon/ Daniel P. Moloney | Marguerite Black David H. Miller/State Farm Mutual Automobile Insurance Co. | William A. Butler | Circuit Court for Montgomery County - Civil | 333266V |
| 3/7/2011 | Conrad Gaylord | Dennis M. Andreone | | Jeffrey R. Moffet/Jake E. Zellweger | Circuit Court for Cecil County - Civil | 07C1000083 |
| 5/20/2011 | Paul Kaspar Risselle Rosenthal- | Louise A. Lock | Andrea Fenwick | Mark Brown | Circuit Court for Baltimore County | 03C10000238 |
| 8/1/2011 | Fleischer | Leonard Orman | Yuliya Myagkova | Guy Craig | Circuit Court for Baltimore City | 24C08007160 |
| 8/16/2011 | Karrianne Zito | Roger Doumar | Michael Whitmore Mayor & City Council of Baltimore | Jared Silberzahn | Circuit Court for Baltimore County | 03C-10-004691 |
| 8/19/2011 | Robert Hopkins | Ari Laric | Total Logistics Control | Julie D. Murray | Circuit Court for Baltimore City | 24C11000501 |
| 8/22/2011 | Stephanie Hammond | Robert Burton | Choice Hotels International/Rockwood | W. Tyler Mays | Circuit Court for Caroline County | 05C10013818 |
| 8/29/2011 | Diane GodBold | Delandra M. Navarro | Casualty Insurance Company | Leslie W. Gawlik | Circuit Court for Anne Arundel County | 02C10153012WC |
| 10/20/2011 | Elizabeth Hammond | Ronald Hogg | James Hess | Jeffrey Moffet | Circuit Court for Carroll County | 13C10083289 |
| 2/6/2012 | Avery Janney | Daniel Earnshaw | Barbie's Recycling & Hauling, Inc. and Dallas National Ins. Co. | Samuel DeBlasis, II | Circuit Court for Baltimore County | 03C09003827 |
| 2/20/2012 | Stacey Sobus | Bob Frank | Dundalk Dog & Cat Clinic, Inc. | Sean Smith | Circuit Court for Baltimore County | 03-C-10-013417 24-C-11-003170 |
| 2/29/2012 | Luther Gales | Robert Zarbin | Sunoco, Inc | Shiva Kashani | Circuit Court for Baltimore City | AW |
| | | | US Gypsum Corp./Insurance Co | | | 24-C-11-001967 |
| 3/12/2012 | Diane Goines | William Woodford | State of PA | Zachary Erwin | Circuit Court for Baltimore City | AW |
| 3/19/2012 | Rosa Salazar | Steve Sturm | | Brandy Gray | Circuit Court for Baltimore County | 03C11003650 |
| 3/20/2012 | Kevin Foster | John Noble | Stryker Communications/Old Republic Insurance | Barry Bernstein | Circuit Court for Montgomery County | 350282-V |

OrthoMaryland  
2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209

Dr. Robert Riederman  
Testimony List

| Deposition Date | Claimant | Claimant's Attorney | Defendant | Defendant's Attorney | Court | Case Number |
|---|---|---|---|---|---|---|
| 3/28/2012 | Elaine Gray | Erik Kirk | Misael Arrue-Galdamez | Walter Gillcrist, Jr | Circuit Court for Baltimore City | 24-C-11-000091 |
| 4/20/2012 | Michael Langley | Douglas Gross | Janjer Enterprises, Inc | Leslie Gawlik | Circuit Court for Prince George's County | CAL1100932 |
|  |  |  |  |  |  | 24-C-11-091683 |
| 5/9/2012 | Douglas Eichelberger | Calvin Hamburger | Lisa Gerhardt | Jared Silberzahn | Circuit Court for Baltimore City | MT |
| 5/18/2012 | Leah Jones | Robert Skeen | Sodexo/New Hampshire Ins Co | Stuart M. Lesser | Circuit Court for Baltimore City | 24-C-002217AW |
| 5/23/2012 | Remiggio Coppola | Michael Greene | Strapazza of Pikesville/Rockwood Casualty Ins | Les Gawlik | Circuit Court for Baltimore County | 03-C-11-005069 |
|  |  |  |  |  |  | 13-C-11-085297 |
| 6/20/2012 | Frank Lipshultz Stephanie Lewis | Jeffrey D. Raden | State Farm Insurance Company | Kyle Blakeley | Circuit Court for Howard County | MT |
| 6/22/2012 | (Worthy-Murray) | Harold Dwin | Sgt. Christopher Warren Severstal Sparrows Point | Patrick D. Sheridan | Circuit Court for Baltimore City | 24-C-11-003653 |
| 7/18/2012 | Chris Denney | Steve Strum | LLC/Insurance Co. State of PA Mayor & City Council of | Danielle Marone | Circuirt Court for Baltimore County | 03-C-10011360 |
| 7/30/2012 | Andrea Coleman | A. Allan Gertner | Baltimore | Julie D. Murray | Circuit Court for Baltimore City | 24-C-11-002316 |
| 8/1/2012 | Joan Dick | Alfred Classing | Kenneth Russell | Robin Finizio Kessler/ Scott Woods |  | 02-C-11-161893 |
|  |  |  |  |  |  | 03-C-11- |
| 8/6/2012 | Valerie Karpovich | Karrnen Slezak | Robert R. Johnson Pool Management Specialists/Rockwood Casualty | Christine S. Britton | Circuit Court for Baltimore County | 002514MT |
| 8/22/2012 | Theodore Chick | William Butler | Ins. Co | Leslie W. Gawlik | Circuit Court for Charles County | 08-C-11-002271 |
| 9/5/2012 | Bernice Kapovich | Susan Fales Smith | State Farm Insurance Company State Farm Mutual Automobile Insurance Co/Rryan Jakeleski and | William F. Flood, III. | Circuit Court of Harford County | 12-C-12-491 |
|  |  |  |  |  |  | 03-C-11-003299 |
| 9/14/2012 | Dolores Jefferson | Franklin Muher | Johnny Crawford | Jennifer Alexander/Christine Britton | Circuit Court of Baltimore County | CN |
| 9/19/2012 | Mary Kate Keesling | John W. Conrad | Steven Smetana | Devon Doane | Circuit Court of Harford County | 12-C-11-002536 |
| 11/5/2012 | Sherry Lynn Poore | Thomas Kemp | State Farm | Jared Silberzahn | Circuit Court for Cecil County | 07-C-10-000392 |
| 11/19/2012 | William Paulshock | Todd Schuler | State Farm Insurance Company/Adam Cook Uninsured Emplyers Fund and | Kyle Blakeley/James R. Andersen | Circuit Court for Baltimore County | 03-C-11-004527 |
| 2/12/2013 | Michael McLaughlin Jacqueline Sabins |  | Ruhksana Bhatti | Brandy Gray | Circuit Court for Baltimore City | 24-C-12-003662 |
| 3/12/2013 | (Dennis D. Sabins | Joseph J. Mulhern | State Farm Insurance CO | Matthew P. Woods | Circuit Court for Anne Arundel County | 02C11164765 |
| 4/10/2013 | Bryan Baker | Bryan Baker (Pro se Claimant) | MEZ Electric East Coast Building Supply/ | Karen I Kerr | Circuit Court for Baltimore County | 03-C-12-004526 |
| 5/8/2013 | Vincent Smith | Delandra M. Navarro | Eastern Alliance Insurance | Julie D. Murray | Circuit Court for Montgomery County | CAL12-19903 |
| 5/22/2013 | Melissa Offidani | Thomas L. Kemp | State Farm Lauren Nicole, Dennis &Cathleen | Mark R. Brown | Circuit Court for Cecil County | 07-C-10-000447 |
| 5/24/2013 | Xavier Worthington |  | Jones /Allstate | Gregory E. Hammond | Circuit Court for Baltimore County | 03-C-12-002817 |
| 6/10/2013 | Willliam Main | Lauren Pisano | Verizon Maryland, Inc. | James D. Reed | Circuit Court for Montgomery County | 371577-V |

OrthoMaryland  
2700 Quarry Lake Drive, Suite 300, Baltimore, MD 21209

Dr. Robert Riederman  
Testimony List

| Deposition Date | Claimant | Claimant's Attorney | Defendant | Defendant's Attorney | Court | Case Number |
|---|---|---|---|---|---|---|
| 6/12/2013 | Melva Smith | William F. Mulroney | Board of Education for Prince George's County | Charles Schultz | Circuit Court for Prince George's County | CAL12-06277 |
| 7/1/2013 | Richard Rizzi | Francis Lanassa | Jazmine Salley | Clifford A. Robinson | Circuit Court for Baltimore County | 03-C-10013265 |
| 7/8/2013 | Douglas Lund | Robert Weinberg | Monique Bess / Amica Ins. Co | Jake E. Zellweger | Circuit Court for Baltimore City | 24-C-12-002211 |
| 7/17/2013 | Elizabeth Anderson | William Butler | Agnes A. Bean/Rockwood Casualty Ins. | Leslie W. Gawlik | Circuit Court for Calvert County | 04-C-12-001217 / 04-C-12-001200 |
| 8/5/2013 | Shifawn Jones | Ninette M. Ponton | Francisco Martinez | Walter E. Gillcrist, Jr. | Circuit Court for Montgomery County | 362115 V |
| 8/6/2013 | Chriscilla Domally | Theresa M. Regner | SSBM Group, Inc. d/b/a 7-Eleven Store # 39224 & Queens Chapel Town Center, LLC | Chaires A. Arcodia | Circuit Court for Prince George's County | CAL12-26882 |
| 8/20/2013 | Michael Scott | Benjamin T. Boscolo | WMATA | Donna J. Henderson / Mark Dho | District of Columbia of Hearings and Adjudications | 13-334 |
| 8/20/2013 | Jane Rhodes | | | Louis C. Carrico | | |
| | Jacqueline Fromm/Richard | | | | | |
| 8/21/2013 | Edward wolfsheimer | Alan Kreshtool | Ashraf Abou-Bakr | James S.Francomano | Circuit Court for Baltimore County | 03-C-12-007189 |
| 8/26/2013 | Diana Encinas | John Kearns | State Farm Mutual Automobile Insurance Co | Kyle Blakeley | Circuit Court for Baltimore | 24-C-11-004719 |